SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
KIMBERLY FRAZIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE NAIL POLISH HOUSE; LA CONFIDENTIAL PROPERTIES LLC; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:24-cv-05528-RAOx**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff KIMBERLY FRAZIER ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: September 25, 2024         SO. CAL EQUAL ACCESS GROUP


                                  _/s/ Jason J. Kim_
                                  JASON J. KIM
                                  Attorney for Plaintiff

# PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On September 25, 2024, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| The Nail Polish House<br>c/o Ania Kristal Castro, Manager<br>3916 E 3rd St<br>Los Angeles, CA 90063 | La Confidential Properties LLC<br>c/o Nick Arnst, As Agent for Service<br>601 S Figueroa St Ste 2700<br>Los Angeles, CA 90017 |

DOCUMENT(S): **NOTICE OF SETTLEMENT OF ENTIRE CASE**

(X) BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( ) BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( ) BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( ) BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( ) ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the persons at the e-mail address(es) listed. This is necessitated during the Coronavirus (Covid-19) pandemic because this office may be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on September 25, 2024, at Los Angeles, California.