JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | LA CV 24-5528 PA (SSCx) | Date | October 1, 2024 |
|---|---|---|---|
| Title | Kimberly Frazier v. The Nail Polish House, et al. | | |

**Present: The Honorable** PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS – COURT ORDER

Before the Court is a Notice of Voluntary Dismissal filed by plaintiff Kimberly Frazier ("Plaintiff") (Docket No. 31).  Although Plaintiff's Notice of Voluntary Dismissal cites to Federal Rule of Civil Procedure 41(a)(1) and states that "this matter may be dismissed without an Order of the Court" because "[none of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment," defendant The Nail Polish House ("NPH") did in fact file an Answer through an individual who is not an attorney.  (See Docket No. 18.)  As a result, dismissal of this action requires a court order.  See Fed. R. Civ. P. 41(a)(2).  Therefore, pursuant to the Notice of Voluntary Dismissal, the Court dismisses this action in its entirety with prejudice.  Plaintiff shall take nothing from NPH.  The Court vacates all pending hearing dates, including the Scheduling Conference on November 4, 2024.  NPH need not appear at any future hearings in this closed case.

IT IS SO ORDERED.